Jeffrey Weiss, Cal. Bar No. 130385
jweiss@weissiplaw.com
WEISS & MOY, P.C.
1101 14th Street, N.W., Suite 500
Washington, DC 20005
Tel: (202) 682-1722
Fax: (202) 682-1723
Attorneys for Defendant
COSMETIC ALCHEMY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN, INC., a Delaware corporation, and MURRAY A. JOHNSTONE, M.D., an individual,<br><br>             Plaintiffs,<br>   v.<br><br>CAYMAN CHEMICAL COMPANY, a Colorado corporation; JAN MARINI SKIN RESEARCH INC., a California corporation; ATHENA COSMETICS, INC., a Nevada corporation; ATHENA BIOSCIENCE, LLC, a limited liability company; INTUIT BEAUTY, INC., a Nevada corporation; PHOTOMEDEX, INC., a Delaware corporation; PROCYTE CORPORATION, a Washington corporation; COSMETIC ALCHEMY, LLC, a limited liability company; and GLOBAL MDRx, a Nevada corporation,<br><br>             Defendants. | CASE NO. SACV07-1316 JVS (RNBx)<br><br>Honorable James V. Selna<br><br>**STIPULATION FOR:**<br>**(1) EXTENSION OF TIME FOR DEFENDANT COSMETIC ALCHEMY TO PROVIDE ITS INVALIDITY CONTENTIONS; AND (2) AMENDMENT TO SCHEDULING ORDER OF 5/30/08** |

Plaintiffs and Defendants, by their undersigned counsel, hereby stipulate and move the Court for (1) an extension of time for Defendant Cosmetic Alchemy, LLC to provide its invalidity contentions; and (2) for an amendment to the Court's most recent Scheduling Order (Doc. #105, dated May 30, 2008).  As grounds therefor, Defendant Cosmetic Alchemy notes that it is a very recent addition to this case, and would like to obtain a 30-day extension, from August 21, 2008 until September 22, 2008, to provide its invalidity contentions.  Defendant Cosmetic Alchemy respectfully submits that this change can be made without jeopardizing any of the more significant pre-trial deadlines, including for example the current December 15, 2008 deadline for filing opening claim construction briefs.  In order to make the proposed extension work for all parties, Defendant Cosmetic Alchemy has proposed, and Plaintiffs and Defendants have all agreed, that the following changes be made to the current Scheduling Order:

|  | **Current Deadline** | **Proposed Amended Deadline** |
| --- | --- | --- |
| The parties shall exchange claim terms needing construction | September 9, 2008 | September 29, 2008 |
| The parties shall exchange preliminary claim constructions | September 29, 2008 | October 14, 2008 |
| The parties shall file a joint claim construction and pre-hearing statement | October 29, 2008 | November 12, 2008 |

WHEREFORE, Plaintiffs and Defendants hereby stipulate and jointly move the Court that: (1) Cosmetic Alchemy have up to and including September 22, 2008 to provide its invalidity contentions; and (2) the Court's Scheduling Order of May 30, 2008 be amended as indicated in the foregoing table.

IT IS SO STIPULATED.

WEISS & MOY, P.C.

Dated: August 12, 2008

By   /s/ Jeffrey Weiss
Jeffrey Weiss
Attorneys for Defendant
Cosmetic Alchemy, LLC

LOEB & LOEB LLP

Dated: August 12, 2008

By   /s/ Laura A. Wytsma
Laura A. Wytsma
Attorneys for Defendant
Cayman Chemical Company

GRAVES LAW OFFICE P.C.

Dated: August 12, 2008

By   /s/ Philip J. Graves
Philip J. Graves
Attorneys for Defendant
Athena Cosmetics, Inc.

MURPHY CAMPBELL GUTHRIE & ALLISTON

MORGAN LEWIS & BOCKIUS

Dated: August 12, 2008

By   /s/ Thomas B. Kenworthy
Thomas B. Kenworthy
Tricia A. Takagi
Attorneys for Defendant
Photomedex, Inc.

| | |
|---|---|
| | MORGAN LEWIS & BOCKIUS |
| Dated: August 12, 2008 | By /s/ Thomas B. Kenworthy<br>      Thomas B. Kenworthy<br>      Tricia A. Takagi<br>Attorneys for Defendant<br>ProCyte Corporation |
| | |
| | GIBSON, DUNN & CRUTCHER LLP |
| Dated: August 12, 2008 | By /s/ T. Kevin Roosevelt<br>      Jeffrey T. Thomas<br>      T. Kevin Roosevelt<br>Attorneys for Plaintiffs Allergan, Inc.<br>and Murray A. Johnstone, M.D. |