1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., a Delaware corporation, and MURRAY A. JOHNSTONE, M.D., an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>CAYMAN CHEMICAL COMPANY, a Colorado corporation; JAN MARINI SKIN RESEARCH INC., a California corporation; ATHENA COSMETICS, INC., a Nevada corporation; ATHENA BIOSCIENCE, LLC, a limited liability company; INTUIT BEAUTY, INC., a Nevada corporation; PHOTOMEDEX, INC., a Delaware corporation; PROCYTE CORPORATION, a Washington corporation; COSMETIC ALCHEMY, LLC, a limited liability company; and GLOBAL MDRx, a Nevada corporation,<br><br>    Defendants. | CASE NO. SACV07-1316 JVS (RNBx)<br><br>Honorable James V. Selna<br><br>**ORDER DISMISSING DEFENDANT JAN MARINI SKIN RESEARCH, INC. WITH PREJUDICE**<br><br>[Notice of Motion and Joint Motion, and Memorandum of Points and Authorities filed concurrently herewith]<br><br>**Hearing:**<br>Date:     August 18, 2008<br>Time:    1:30 p.m.<br>Place:    Courtroom 10C<br>            411 West Fourth Street<br>            Santa Ana, California |

1  The Court, having considered the Joint Motion of Plaintiffs Allergan, Inc., and
2  Murray A. Johnstone, M.D. ("Plaintiffs"), and Defendant Jan Marini Skin Research
3  Inc., and all documents and arguments related thereto, hereby **ORDERS:**
4  Plaintiffs' claims against Defendant Jan Marini Skin Research Inc. herein are
5  dismissed with prejudice.
6  **IT IS SO ORDERED.**

8  DATED:  August 12, 2008  _____
                              Honorable James V. Selna

10 Respectfully submitted by:

11 JEFFREY T. THOMAS, SBN 106409
     JTthomas@gibsondunn.com
12 T. KEVIN ROOSEVELT, SBN 205485
     KRoosevelt@gibsondunn.com
13 GIBSON, DUNN & CRUTCHER LLP

15 By: /s/Jeffrey T. Thomas
           Jeffrey T. Thomas

16 Attorneys for Plaintiffs
17 ALLERGAN, INC. and
   MURRAY A. JOHNSTONE, M.D.

19 BRYAN J. SINCLAIR, SBN 205885
     bsinclair@mintz.com
20 MINTZ LEVIN COHN FERRIS GLOVSKY
     AND POPEO PC

22 By: /s/Bryan J. Sinclair
           Bryan J. Sinclair

23 Attorneys for Defendant
24 JAN MARINI SKIN RESEARCH INC.

25 100487511_1.DOC

2

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2008, I caused to be electronically filed the **[PROPOSED] ORDER DISMISSING DEFENDANT JAN MARINI SKIN RESEARCH INC. WITH PREJUDICE** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mark A Campbell: ckloiber@murphycampbell.com

John Nolan Carter: jcarter@gibsondunn.com

Philip J. Graves: pgraves@graveslawpc.com

Uleses Columbus Henderson , Jr.: uhenderson@loeb.com

T. Kevin Roosevelt: kroosevelt@gibsondunn.com, mpeck@gibsondunn.com

Tiffany P. Scarborough: tscarborough@murphycampbell.com,
   jgarcia@murphycampbell.com

Bryan J. Sinclair: bsinclair@mintz.com, akava@mintz.com

Tricia A. Takagi: ttakagi@morganlewis.com, tshaw@morganlewis.com

Jeffrey T. Thomas: jtthomas@gibsondunn.com, athompson@gibsondunn.com

Brian D Wassom: bdw@honigman.com

Jeffrey L. Weiss: jweiss@weissiplaw.com

I W Winsten: iww@honigman.com

Marjorie A. Witter: mwitter@graveslawpc.com

Laura A. Wytsma: lwytsma@loeb.com, vmanssourian@loeb.com

DATED: July 23, 2008

                            GIBSON, DUNN & CRUTCHER LLP

                            By: /s/Jeffrey T. Thomas
                                      Jeffrey T. Thomas

                            Attorneys for Plaintiffs
                            ALLERGAN, INC. and
                            MURRAY A. JOHNSTONE, M.D.

# CERTIFICATE OF SERVICE

I, Arlene R. Thompson, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3161 Michelson Drive, Irvine, California 92612-4412, in said County and State.

On July 23, 2008, I served the foregoing **[PROPOSED] ORDER DISMISSING DEFENDANT JAN MARINI SKIN RESEARCH INC. WITH PREJUDICE** on the following list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing), by the following means of service:

Thomas B. Kenworthy, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

☑ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☑ I am employed in the office of Jeffrey T. Thomas, a member of the bar of this Court, and that the foregoing document(s) was(were) printed on recycled paper.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2008.

/s/Arlene R. Thompson
Arlene R. Thompson