| | |
|---|---|
| 1 | GRAVES LAW OFFICE P.C. |
| 2 | Philip J. Graves (SBN 153441)<br>pgraves@graveslawpc.com |
| 3 | Marjorie A. Witter (SBN 250061)<br>mwitter@graveslawpc.com |
| 4 | Fredricka Ung (SBN 253794)<br>fung@graveslawpc.com |
| 5 | 12121 Wilshire Blvd., Ste. 775<br>Los Angeles, California 90025 |
| 6 | Telephone: (310) 295-6500<br>Facsimile: (310) 295-6501 |
| 7 | Attorneys for Defendant<br>ATHENA COSMETICS CORPORATION |
| 8 | |
| 9 | *Additional names appear on the signature page* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALLERGAN, INC., a Delaware corporation, | ) | Case No.: SACV07-1316 JVS (RNBx) |
| Plaintiff, | ) ) ) | **ORDER FOR STIPULATION REGARDING CONTINUANCE OF DEADLINE FOR DEFENDANTS TO SERVE THEIR PRELIMINARY INVALIDITY CONTENTIONS** |
| v. | ) | |
| CAYMAN CHEMICAL COMPANY, a Colorado Corporation; JAN MARINI SKIN RESEARCH INC., a California Corporation; ATHENA COSMETICS CORPORATION, a Nevada Corporation; ATHENA BIOSCIENCE, LLC; a limited liability company; INTUIT BEAUTY, INC., a Nevada corporation; PHOTOMEDEX, INC., a Delaware corporation; PROCYTE CORPOATION, a Washington corporation; COSMETIC ALCHEMY, LLC, a limited liability company; and GLOBAL MDRx, a Nevada corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| And Related Counterclaims. | ) ) | |

STIPULATION

Case 8:07-cv-01316-JVS-RNB   Document 145   Filed 08/20/08   Page 2 of 3   Page ID #:1518

1  WHEREAS, Defendant Cosmetic Alchemy, LLC ("Cosmetic Alchemy") answered Plaintiff's Third Amended Complaint on July 2, 2008;

WHEREAS, Plaintiffs Allergan, Inc. and Murray A. Johnstone, M.D. (together "Plaintiffs") served their Preliminary Infringement Contentions on July 7, 2008;

WHEREAS, Plaintiffs and Defendants Cosmetic Alchemy, Cayman Chemical Company, Athena Cosmetics, Inc., Photomedex, Inc., and ProCyte Corporation stipulated on August 12, 2008 to extend the time for Defendant Cosmetic Alchemy to provide its invalidity contentions from August 21, 2008 to September 22, 2008;

WHEREAS, in the interest of conserving the parties' resources, Defendants Cayman Chemical Company, Cosmetic Alchemy, Athena Cosmetics, Inc., Photomedex, Inc., and ProCyte Corporation (the "Stipulating Defendants") agree to serve their Preliminary Invalidity Contentions as one combined joint set, it being understood that nothing in this Stipulation waives the Stipulating Defendants' right to supplement their Preliminary Invalidity Contentions;

WHEREAS, the Stipulating Defendants wish to extend the time to serve their Preliminary Invalidity Contentions from August 21, 2008 to September 22, 2008;

WHEREAS, Plaintiffs agree that if the Stipulating Defendants serve their Preliminary Invalidity Contentions as one combined joint set, Plaintiffs will STIPULATE that the Stipulating Defendants shall have until September 22, 2008 by which to serve their Joint Preliminary Invalidity Contentions and ask the Court to Amend the Scheduling Order as follows:

1

STIPULATION

|  | **Current Deadline** | **Proposed Amended Deadline** |
|---|---|---|
| The Stipulating Defendants shall serve their Joint Preliminary Invalidity Contentions | August 21, 2008 | September 22, 2008 |
| The parties shall exchange claim terms needing construction | September 9, 2008 | September 29, 2008 |
| The parties shall exchange preliminary claim constructions | September 29, 2008 | October 14, 2008 |
| The parties shall file a joint claim construction and pre-hearing statement | October 29, 2008 | November 12, 2008 |

IT IS SO ORDERED.

DATED: August 20, 2008

_____
Hon. James V. Selna
United States District Judge

2

STIPULATION