# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. SACV 07-01316-JVS (RNBx) | Date October 27, 2008 |
| Title Allergan Inc. v. Cayman Chemical Co., et al. | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   <u>Order Granting Joint Motion for Dismissal of Defendant Cayman Without Prejudice</u>

    Plaintiffs Allergan, Inc. and Murray A. Johnstone, M.D. (collectively, "Allergan"), and Defendant Cayman Chemical Company ("Cayman"), respectfully request that this Court dismiss Cayman without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The motion is GRANTED.

    The Court dismisses, without prejudice, all claims asserted by Allergan against Cayman, and also dismisses, without prejudice, all counterclaims asserted by Cayman against Allergan. Allergan and Cayman will bear their own costs and fees incurred as a result of the action.

    The Court vacates the hearing that was set for Monday, November 3, 2008.

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | kjt | | |