# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALLERGAN, INC., | LEAD CASE NO. |
|---|---|
| Plaintiff, | **SACV07-1316 JVS (RNBx)** |
| | Consolidated for All Purposes With |
| v. | CASE NO: SACV08-427 JVS (RNBx) |
| CAYMAN CHEMICAL COMPANY, a Colorado corporation; JAN MARINI SKIN RESEARCH, INC., a California corporation; ATHENA COSMETICS, a Nevada corporation; ATHENA BIOSCIENCE, LLC, a limited liability company; INTUIT BEAUTY, INC., a Nevada corporation; PHOTOMEDEX, INC., a Delaware corporation; PROCYTE CORPORATION, a Washington corporation; COSMETIC ALCHEMY, LLC, a limited liability company; and GLOBAL MDRx, a Nevada corporation, | The Honorable James V. Selna |
| | **ORDER DISMISSING:** |
| | **(1) PROCYTE CORPORATION AND PHOTOMEDEX, INC. FROM THE ALLERGAN ACTION (LEAD ACTION) WITH PREJUDICE; AND** |
| | **(2) THE ENTIRE PROCYTE ACTION (CONSOLIDATED ACTION), INCLUDING ALL CLAIMS AND COUNTERCLAIMS ASSERTED THEREIN, WITH PREJUDICE** |
| Defendants. | [Filed concurrently with Notice of Motion and Joint Motion; Memorandum of Points and Authorities] |

1     The Court, having considered the Joint Motion of ProCyte Corporation, PhotoMedex, Inc., Allergan, Inc. and Murray A. Johnstone, M.D. and all documents and arguments related thereto, hereby ORDERS as follows:

    (1) All claims asserted against Defendants ProCyte Corporation and PhotoMedex, Inc. are dismissed with prejudice in the above-titled action *Allergan, Inc. v. Cayman Chemical Company, et al.*, Case No. SACV07-1316 JVS (RNBx) (the "Lead Action");

    (2) All claims and counterclaims asserted in *ProCyte Corporation v. Allergan, Inc., et al.*, Case No. SACV 08-427 JVS (RNBx) (the "ProCyte Action"), which has been consolidated for all purposes with the Lead Action, is dismissed in its entirety with prejudice, including the Complaint filed in the ProCyte Action by Plaintiff ProCyte Corporation against Defendants Allergan, Inc. and Murray A. Johnstone, M.D. and the Counterclaim filed by Defendants Allergan, Inc. and Murray A. Johnstone, M.D. against Plaintiff ProCyte Corporation; and

    (3) That ProCyte Corporation, PhotoMedex, Inc., Allergan, Inc. and Murray A. Johnston, M.D. shall each bear their own costs and fees incurred as a result of the Lead Action and the ProCyte Action.

**IT IS SO ORDERED.**

DATED: November 20, 2008

*/s/ James V. Selna*
Honorable James V. Selna

Respectfully submitted by:

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Thomas B. Kenworthy<br>Kenneth J. Davis<br>Tricia A. Takagi | GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas<br>T. Kevin Roosevelt |
| By /s/ Tricia A. Takagi<br>   Tricia A. Takagi<br>   Attorneys for Defendants ProCyte<br>   Corporation and PhotoMedex, Inc. | By /s/ Jeffrey T. Thomas<br>   Jeffrey T. Thomas<br>   Attorneys for Plaintiffs Allergan,<br>   Inc. and Murray A. Johnstone, M.D. |

# PROOF OF SERVICE

### *ALLERGAN, INC. v. CAYMAN CHEMICAL COMPANY*
### *USDC CASE NO. SACV07-1316 JVS (RNBx)*
### *CONSOLIDATED FOR ALL PURPOSES WITH*
### *CASE NO. SACV08-427 JVS (RNBx)*

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On November 20, 2008, I served on the interested parties in this action the within document(s) entitled:

**[PROPOSED] ORDER DISMISSING:**

**(1) PROCYTE CORPORATION AND PHOTOMEDEX, INC. FROM THE ALLERGAN ACTION (LEAD ACTION) WITH PREJUDICE; AND**

**(2) THE ENTIRE PROCYTE ACTION (CONSOLIDATED ACTION), INCLUDING ALL CLAIMS AND COUNTERCLAIMS ASSERTED THEREIN, WITH PREJUDICE**

on the parties listed below, by the following means of service:

**BY NOTICE OF ELECTRONIC FILING:**

| | |
|---|---|
| Jeffrey T. Thomas | jtthomas@gibsondunn.com |
| Philip J. Graves | pgraves@graveslawpc.com |
| Fredricka Ung | fung@graveslawpc.com |
| T. Kevin Roosevelt | kroosevelt@gibsondunn.com |
| Tiffany P. Scarborough | tscarborough@murphycampbell.com |
| Bryan J. Sinclair | bsinclair@mintz.com |
| Marjorie A. Witter | mwitter@graveslawpc.com |
| Brian D. Wassom | bdw@honigman.com |
| I.W. Winsten | iww@honigman.com |

DB2/20023036.1

Morgan, Lewis & Bockius LLP
Attorneys At Law

PROOF OF SERVICE

| | |
|---|---|
| Mark A. Campbell | mcampbell@murphycampbell.com |
| Michael A. Lisi | MLisi@honigman.com |
| Jeffrey L. Weiss | jweiss@weissiplaw.com |
| Jeffrey J. Zuber | jzuber@ztllp.com |
| Tristan F. Mackprang | tmackprang@ztllp.com |

    I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

    Executed on November 20, 2008, at Irvine, California.

/s/  Terri M. Shaw
Terri M. Shaw