UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 07-01316-JVS (RNBx) Consolidated with SACV 08-427 and SACV 09-328 | Date | October 26, 2009 |
| Title | Allergan Inc. v. Athena, et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeffrey Thomas<br>John Carter<br>T. Kevin Roosevelt | Philip Graves<br>Fredricka Ung<br>Martin Washton<br>Karen McDaniel<br>Ryan Fletcher |

**Proceedings:**   Markman/Claim Construction Hearing   - Non Evidentiary

     Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel make their arguments. The Court takes the plaintiff's above referenced matter under submission.

      3 : 15

Initials of Preparer   kjt