UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., a Delaware corporation; MURRAY A. JOHNSTONE, M.D., an individual; and DUKE UNIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>ATHENA COSMETICS, INC., a Nevada corporation; ATHENA BIOSCIENCE, LLC, a limited liability company; COSMETIC ALCHEMY, LLC, a limited liability company; GLOBAL MDRx, a Nevada corporation; COSMETIC TECHNOLOGIES, INC., a California corporation; PHARMA TECH INTERNATIONAL, INC., a New Jersey corporation; and DMI, a New Jersey corporation,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | *Lead Case:*<br>CASE NO. SACV07-1316 JVS (RNBx)<br>*Consolidated with:*<br>CASE NO. SACV09-0328 JVS (RNBx)<br><br>Honorable James V. Selna<br><br>**ORDER GRANTING SUMMARY JUDGMENT OF NO INFRINGEMENT BY DEFENDANTS PETER THOMAS ROTH, INC. AND PETER THOMAS ROTH LABS LLC** |

    The Court, having considered the Stipulation submitted by Plaintiff Allergan, Inc. ("Allergan") and Defendants Peter Thomas Roth, Inc. and Peter Thomas Roth Labs LLC (the "PTR Defendants") and finding good cause to exist, it is hereby

1  **ORDERED** that the Court GRANTS Summary Judgment of No Infringement by the PTR Defendants in accordance with the terms of the Stipulation.

Entry of this Order is entirely contingent upon the preservation of Allergan's right to seek direct appellate review of the Court's Final Order re Claim Construction (the "Final Claim Construction Order") [Docket No. 446] entered on November 16, 2009, with respect to the term "lower alkyl radical," and does not in any way waive or compromise this right, or either of the parties' right to renew any claim or defense asserted in this case with respect to United States Patent No. 7,351,404 should the Court's Final Claim Construction Order with respect to the term "lower alkyl radical" be reversed or vacated on appeal.

**IT IS SO ORDERED.**

DATED:  January 26, 2010

_____
Honorable James V. Selna

Respectfully submitted by:

JEFFREY T. THOMAS
T. KEVIN ROOSEVELT
GIBSON, DUNN & CRUTCHER LLP

By: /s/Jeffrey T. Thomas
        Jeffrey T. Thomas

Attorneys for Plaintiffs
ALLERGAN, INC., MURRAY A. JOHNSTONE, M.D., and DUKE UNIVERSITY

MATTHEW C. BERNSTEIN
BRAD M. SCHELLER
MINTZ LEVIN COHN FERRIS GLOVSKY
  AND POPEO P.C.

By: _____
        Brad M. Scheller

Attorneys for Defendants
PETER THOMAS ROTH, INC. and
PETER THOMAS ROTH LABS LLC

Athena-Proposed Order on PTR SJ.doc