UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ATHENA COSMETICS, INC., et al., ,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | *Lead Case:*<br>CASE NO. SACV07-1316 JVS (RNBx)<br>*Consolidated with:*<br>CASE NO. SACV09-0328 JVS (RNBx)<br><br>Hon. James V. Selna<br>**ORDER GRANTING SUMMARY JUDGMENT ON PLAINTIFFS' FIRST CLAIM FOR RELIEF AND THE ATHENA DEFENDANTS' FIRST COUNTERCLAIM IN FAVOR OF THE ATHENA DEFENDANTS, AND DISMISSING WITHOUT PREJUDICE THE ATHENA DEFENDANTS' SECOND COUNTERCLAIM** |

The Court, having considered the Stipulation submitted by Plaintiffs Allergan, Inc. and Murray A. Johnstone, M.D., ("Plaintiffs) and Defendants Athena Cosmetics, Inc., Pharma Tech International, Inc., and Northwest Cosmetic Laboratories, LLC (collectively "the Athena Defendants"), and finding good cause to exist, it is hereby **ORDERED** that the Court Grants Summary Judgment On Plaintiffs' First Claim for Relief and the Athena Defendants' First Counterclaim for Declaratory Judgment of

1 Non-Infringement of the '105 Patent in favor of the Athena Defendants in accordance
2 with the terms of the Stipulation.
3     It is hereby further **ORDERED** that the Court dismisses the Athena Defendants'
4 Second Counterclaim for Declaratory Judgment of Invalidity of the '105 Patent
5 without prejudice and with leave to renew this counterclaim if the Plaintiffs assert
6 infringement of the '105 patent by any of the Athena Defendants in the future.
7     Entry of this Order is entirely contingent upon the preservation of Plaintiffs'
8 right to appeal this Order, and does not in any way waive or compromise Plaintiffs'
9 right to obtain direct appellate review of the Order and/or the Court's Final Order re
10 Claim Construction [Docket No. 446] and the Athena Defendants' right to oppose the
11 appeal, and if the Court's Final Order re Claim Construction is reversed or vacated in
12 part on appeal, to proceed further with Plaintiffs' First Claim for Relief against the
13 Athena Defendants and the Athena Defendants' First and Second Counterclaims on
14 remand from the Court of Appeals.
15     **IT IS SO ORDERED.**

18 DATED: May 29, 2012

                                      _____
                                      Honorable James V. Selna

20 Respectfully submitted by:

21 T. KEVIN ROOSEVELT
    FINLAYSON, WILLIAMS,
22 TOFFER, ROOSEVELT & LILLY

23 JEFFREY T. THOMAS
    JOHN N. CARTER
24 GIBSON, DUNN & CRUTCHER LLP

26 By: /s/ Jeffrey T. Thomas
         Jeffrey T. Thomas

2

Attorneys for Plaintiffs
ALLERGAN, INC., MURRAY A. JOHNSTONE, M.D., and DUKE UNIVERSITY

KRISTIN M. HOLLAND
ROBERT B. BREISBLATT
STEPHEN P. BENSON
MARTIN S. MASAR III
KATTEN MUCHIN ROSENMAN LLP


By: /s/ Martin S. Masar III
      Martin S. Masar III

Attorneys for Defendants
ATHENA COSMETICS. INC., PHARMA TECH INTERNATIONAL, INC., and NORTHWEST COSMETIC LABORATORIES, LLC

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax