JEFFREY T. THOMAS (SBN 106409)
  jtthomas@gibsondunn.com
CHRISTOPHER B. CAMPBELL (SBN 229120)
  ccampbell@gibsondunn.com
JOHN N. CARTER (SBN 246886)
  jcarter@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California  92612-4412
Telephone:  (949) 451-3800
Facsimile:   (949) 451-4220

T. KEVIN ROOSEVELT (SBN 205485)
  kroosevelt@fwtrl.com
FINLAYSON WILLIAMS TOFFER
  ROOSEVELT & LILLY LLP
15615 Alton Parkway, Suite 250
Irvine, California  92618
Telephone:  (949) 759-3810
Facsimile:   (949) 759-3812

Attorneys for Plaintiffs ALLERGAN, INC.;
MURRAY A. JOHNSTONE, M.D.; and
DUKE UNIVERSITY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ATHENA COSMETICS, INC., et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | *Lead Case:*<br>CASE NO. SACV07-01316 JVS (RNBx)<br><br>*Consolidated with:*<br>CASE NO. SACV09-0328 JVS (RNBx)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS METICS, LLC, PRODUCT INNOVATIONS, LLC, AND STELLA INTERNATIONAL, LLC WITH PREJUDICE**<br><br>Hon. James V. Selna<br><br>**Hearing:**<br>Date:　　December 3, 2012<br>Time:　　1:30 p.m.<br>Place:　　Courtroom 10C<br>Judge:　　James V. Selna |

Gibson, Dunn &
Crutcher LLP

The Court, having considered the Joint Motion of Plaintiffs Allergan, Inc., Murray A. Johnstone, M.D., and Duke University (together, "Plaintiffs"), and Defendants Metics, LLC, Product Innovations, LLC, and Stella International, LLC (collectively, "Defendants"), and all documents and arguments related thereto, hereby

**ORDERS:**

Plaintiffs' claims against Defendants herein are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: November 01, 2012

_____
James V. Selna
United States District Judge

Respectfully submitted,

T. KEVIN ROOSEVELT
FINLAYSON WILLIAMS TOFFER
 ROOSEVELT & LILLY LLP

JEFFREY T. THOMAS
CHRISTOPHER B. CAMPBELL
JOHN N. CARTER
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Jeffrey T. Thomas*
        Jeffrey T. Thomas

Attorneys for Plaintiffs ALLERGAN, INC.;
MURRAY A. JOHNSTONE, M.D.; and
DUKE UNIVERSITY

101389666.1