| | |
|---|---|
| 1 | Kristin L. Holland (SBN 187314) |
|   | kristin.holland@kattenlaw.com |
| 2 | KATTEN MUCHIN ROSENMAN LLP |
|   | 2029 Century Park East, Suite 1600 |
| 3 | Los Angeles, CA 90063 |
|   | Telephone: 302.368.4400 |
| 4 | Facsimile: 302.368.4431 |
| 5 | Robert B. Breisblatt |
|   | robert.breisblatt@kattenlaw.com |
| 6 | Stephen P. Benson |
|   | stephen.benson@kattenlaw.com |
| 7 | Jeremy C. Daniel |
|   | jeremy.daniel@kattenlaw.com |
| 8 | Martin S. Masar, III |
|   | martin.masar@kattenlaw.com |
| 9 | Christine E. Bestor |
|   | christine.bestor@kattenlaw.com |
| 10 | KATTEN MUCHIN ROSENMAN LLP |
|   | 525 W. Monroe Street |
| 11 | Chicago, IL 60661-3693 |
|   | Telephone: 312.902.5200 |
| 12 | Facsimile: 312.902.1061 |

Attorneys for Defendants Athena Cosmetics, Inc.,
Pharma Tech Int'l., Inc., and Northwest Cosmetic Labs., LLC

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Allergan, Inc., et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Athena Cosmetics, Inc., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | *Lead Case:*<br>Case No. SACV07-01316 JVS (RNBx)<br><br>*Consolidated with:*<br>Case No. SACV09-0328 JVS (RNBx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ATHENA COSMETICS, INC.'S APPLICATION TO FILE UNDER SEAL IT MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '404 PATENT UNDER 35 U.S.C. §112<br><br>Hon. James V. Selna<br>Date: February 25, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 10C |

LODGED

2013 JAN 22 PM 3:15
CLERK U.S. DISTRICT CO.
CENTRAL DIST. OF CAL.
SANTA ANA
BY

BY FAX                                                                ORIGINAL

This Court, having considered the Athena Defendants' Application to File Under Seal its Motion for Summary Judgment of Invalidity of the '404 patent under 35 U.S.C. §112, including its proposed Statement of Uncontroverted Facts and Conclusions of Law and declarations and exhibits attached thereto, hereby ORDERS:

The Application is GRANTED, and,

The Clerk of Court shall file Athena's Motion, and the following documents attached thereto, under seal:

1. Athena Defendants' Motion for Summary Judgment of Invalidity of the '404 patent under 35 U.S.C. §112; and

2. Athena Defendants' [Proposed] Statement Of Uncontroverted Facts and Conclusions of Law and declarations and exhibits attached thereto;

IT IS SO ORDERED.

~~IF DENIED:~~

~~The above-mentioned documents and the sealing application shall be returned to Athena without filing; OR,~~

~~The above-mentioned documents and the sealing application shall be filed, but not under seal.~~

APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS

DATED: 1.23, 2012    By: _____
The Honorable James V. Selna
United States District Judge

1

Respectfully submitted by:

By: _____
Robert B. Breisblatt
Stephen P. Benson
Jeremy C. Daniel
Martin S. Masar
Christine E. Bestor
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
Telephone: 312.902.5200
Facsimile: 312.902.1061
robert.breisblatt@kattenlaw.com
stephen.benson@kattenlaw.com
breighanne.eggert@kattenlaw.com
jeremy.daniel@kattenlaw.com
martin.masar@kattenlaw.com
chrsitine.bestor@kattenlaw.com

Kristin L. Holland
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90063
Telephone: 302.368.4400
Facsimile: 302.368.4431
kristin.holland@kattenlaw.com

2