1  Kristin L. Holland (SBN 187314)
      kristin.holland@kattenlaw.com
2  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 1600
3  Los Angeles, CA 90063
   Telephone:  302.368.4400
4  Facsimile:  302.368.4431

5  Robert B. Breisblatt
      robert.breisblatt@kattenlaw.com
6  Stephen P. Benson
      stephen.benson@kattenlaw.com
7  Breighanne A. Eggert
      breighanne.eggert@kattenlaw.com
8  Jeremy C. Daniel
      jeremy.daniel@kattenlaw.com
9  Martin S. Masar, III
      martin.masar@kattenlaw.com
10 Christine E. Bestor
      christine.bestor@kattenlaw.com
11 KATTEN MUCHIN ROSENMAN LLP
   525 W. Monroe Street
12 Chicago, IL 60661-3693
   Telephone:  312.902.5200
13 Facsimile:  312.902.1061
   Attorneys for Defendants Athena Cosmetics, Inc.

14

15                   UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
16                          SOUTHERN DIVISION

   Allergan, Inc., et al.              Case No. 8:07-cv-01316-JVS (RNBx)
17
              Plaintiffs,              *Consolidated with:*
18                                     Case No. 8:09-cv-0328 JVS (RNBx)
         vs.
19                                     [PROPOSED] ORDER GRANTING
   Athena Cosmetics, Inc., et al.,     DEFENDANT APPLICATION TO
20                                     FILE UNDER SEAL ITS REPLY
              Defendants.              BRIEF IN SUPPORT OF ITS MOTION
21                                     FOR SUMMARY JUDGMENT OF
                                       THE '404 PATENT UNDER 35 U.S.C.
22                                     §112 AND ATHENA'S REPLY TO
                                       ALLERGAN'S OPPOSITION TO
23                                     ATHENA'S PROPOSED STATEMENT
                                       OF UNCONTROVERTED FACTS
24                                     AND CONCLUSIONS OF LAW;
                                       STATEMENT OF ADDITIONAL
25                                     FACTS IN DISPUTE

26                                     Date:  February 25, 2013
                                       Time:  1:30 p.m.
27 AND RELATED COUNTERCLAIMS           Place:  Courtroom 10C

28                                     FILED UNDER SEAL

                                       1

This Court, having considered Athena Cosmetics, Inc.'s ("Athena") Application to File Under Seal its Reply Brief in Support of Invalidity of the '404 Patent Under 35 U.S.C. §112 and documents attached thereto, hereby ORDERS:

The Application is GRANTED, and,

The Clerk of Court shall file Athena's Motion, and the following documents attached thereto, under seal:

1.     Athena's Reply Brief in Support of its Motion for Summary Judgment on the Invalidity of the '404 Patent Under 35 U.S.C. §112;

2.     Athena Defendants' Reply To Allergan Inc.'s Opposition to Athena's Proposed Statement of Uncontroverted Facts and Conclusions of Law; Statement of Additional Facts in Dispute;

2.     Declaration of Robert Williams;

3.     Declaration of Martin Masar;

4.     Declaration of Dan Eisenberg;

5.     Declaration of Iok-Hou Pang.

IT IS SO ORDERED.

~~IF DENIED:~~   APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN _7_ DAYS  JVS

The ~~above-mentioned documents and the sealing application shall be returned to Athena without filing; OR,~~

The ~~above-mentioned documents and the sealing application shall be filed, but not under seal.~~

DATED: ___2 11___, 2013      By: _____

The Honorable James V. Selna
United States District Judge

2