UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| ALLERGAN, INC., et al., | *Lead Case:* CASE NO. SACV07-01316 JVS (RNBx) |
|---|---|
| Plaintiffs, | *Consolidated with:* CASE NO. SACV09-0328 JVS (RNBx) |
| v. | |
| ATHENA COSMETICS, INC., et al., | **ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT COSMETIC ALCHEMY, LLC WITH PREJUDICE** |
| Defendants. | Hon. James V. Selna |
| | **Hearing:** Date: April 15, 2013  Time: 1:30 p.m.  Place: Courtroom 10C  Judge: James V. Selna |
| AND RELATED COUNTERCLAIMS. | |

The Court, having considered the Joint Motion of Defendant Cosmetic Alchemy, LLC ("Cosmetic Alchemy"), and Plaintiffs Allergan, Inc. and Murray A. Johnstone, M.D., (together, "Plaintiffs"), and all documents and arguments related thereto, hereby ORDERS:

(1) Plaintiffs' claims against Cosmetic Alchemy herein are dismissed with prejudice;

(2) The Court's December 20, 2012 Order Granting Plaintiff's Motion for Partial Summary Judgment against Cosmetic Alchemy on Allergan's Fourth Claim for Relief Under the UCL (Dkt. 889) is hereby vacated;

(3) The Court's March 5, 2013 Order Granting Plaintiffs' Motion for Partial Summary Judgment against Cosmetic Alchemy as to Plaintiffs' First Claim for Relief (Dkt. 1060) is hereby vacated; and

(4) The Court's March 6, 2013 Order Granting Plaintiff's Motion for Permanent Injunction against Athena Cosmetics, Inc., Cosmetic Alchemy, LLC, Lifetech Resources, LLC, and Rocasuba Inc. (Dkt. 1061) is hereby vacated in part with respect to Cosmetic Alchemy, only, but remains in place with respect to all other parties for all purposes.

**IT IS SO ORDERED.**

DATED: March 14, 2013

                                              James V. Selna
                                       United States District Judge

Respectfully submitted,

T. KEVIN ROOSEVELT (SBN 205485)
FINLAYSON WILLIAMS TOFFER
  ROOSEVELT & LILLY LLP

JEFFREY T. THOMAS (SBN 106409)
CHRISTOPHER B. CAMPBELL (SBN 229120)
JOHN N. CARTER (SBN 246886)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

By: */s/ Jeffrey T. Thomas*
      Jeffrey T. Thomas

Attorneys for Plaintiffs ALLERGAN, INC.;
MURRAY A. JOHNSTONE, M.D.; and
DUKE UNIVERSITY