UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., et al., | *Lead Case:* CASE NO. SACV07-01316 JVS (RNBx) |
| Plaintiffs, | |
| | *Consolidated with:* CASE NO. SACV09-0328 JVS (RNBx) |
| v. | |
| ATHENA COSMETICS, INC., et al., | **[REVISED PROPOSED] ORDER ENTERING FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b) AND [REVISED PROPOSED] ORDER STAYING TRIAL COURT PROCEEDINGS PENDING APPEAL** |
| Defendants. | |
| | Hon. James V. Selna |
| AND RELATED COUNTERCLAIMS. | |

The Court, has considered the Consent Motion submitted by Defendant Athena Cosmetics, Inc. ("Athena"). Athena's Consent Motion requests the Court enter final judgment pursuant to Federal Rule of Civil Procedure 54(b) on Allergan's Fourth Claim for Relief. Plaintiff Allergan, Inc. ("Allergan") consents to the Court's entering final judgment in its favor and against Athena. For the reasons stated, the Athena's Consent Motion is **GRANTED**.

## DISCUSSION

The Court finds Allergan's Fourth Claim For Relief has been finally and separately adjudicated. Allergan's Fourth Claim For Relief is an equitable claim that was bifurcated for the purposes of trial from the other claims in this multiple claim action. Dkt. 570. The Court's grant of partial summary judgment in favor of Allergan and against Athena, and the Court's issuance of a permanent injunction against Athena, the only relief available to Allergan, has obviated the need for trial on the claim. Dkt. 711 and 1061. No further proceedings on the claim are pending and the Court finds there is no just reason to delay entry of final judgment on Allergan's Fourth Claim for Relief. *See W.L. Gore & Assocs. v. Int'l Medical Prosthetics Research Assocs.*, 975 F.2d 858, 862 (Fed. Cir. 1992) (judgment is final for Rule 54(b) purposes where it is an ultimate disposition of an individual claim).

Furthermore, the Court's Order entering a permanent injunction in favor of Allergan is appealable as a matter of right by Athena, pursuant to 28 U.S.C. § 1292(c)(1), which gives the Federal Circuit jurisdiction to review the Court's Order. Athena intends to appeal the Court's Order. The Court's Order relies upon the Court's other rulings on Plaintiff's Fourth Claim For Relief and the injunction is premised on the Court's prior summary judgment ruling that Athena's products are drugs under the Federal Food, Drug, and Cosmetic Act and California's Health and Safety Code. Because the Court's other rulings relating to Plaintiff's Fourth Claim for Relief are inseparable from the Court's Order entering a permanent injunction, the appellate Court hearing Athena's 28 U.S.C. § 1292(c)(1) appeal will need to address the merits of the Court's other rulings. For this additional reason, the Court finds there is no just reason to delay entry of final judgment on Allergan's Fourth Claim for Relief.

## CONCLUSION

The Court, having considered Athena's Consent Motion, and finding good cause to exist, the Court herby GRANTS Athena's Consent Motion. Final judgment shall be

2

entered pursuant to Federal Rule of Civil Procedure 54(b) on Allergan's Fourth Claim for Relief in favor of Allergan.

Entry of this Order is entirely contingent upon the preservation of the parties' right to appeal this Order, and does not in any way waive or compromise the parties' right to obtain direct appellate review of this Order and/or any of the Court's rulings on Allergan's Fourth Claim for Relief. If any of the Court's rulings on Allergan's Fourth Claim for Relief are reversed or vacated in part on appeal, Allergan shall be allowed to proceed with its Fourth Claim for Relief on remand from the Court of Appeals in accordance with and to the extent consistent with the disposition in the Court of Appeals.

**IT IS SO ORDERED.**

DATED: _____, 2013        By: _____

The Honorable James V. Selna

Respectfully submitted by:

ROBERT B. BREISBLATT (*pro hac vice*)
STEPHEN P. BENSON (*pro hac vice*)
JEREMY C. DANIEL (*pro hac vice*)
MARTIN S. MASAR III (*pro hac vice*)
CHRISTINE E. BESTOR (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP

By:   */s/ Robert B. Breisblatt*
      Robert B. Breisblatt

Attorneys for Defendants
ATHENA COSMETICS, INC.;
PHARMA TECH INTERNATIONAL, INC.;
and NORTHWEST COSMETIC LABORATORIES, LLC