1  David A. Kettel
    david.kettel@kattenlaw.com
2  KATTEN MUCHIN ROSENMAN LLP
  2029 Century Park East, Suite 1600
3  Los Angeles, CA 90063
  Telephone:  302.368.4400
4  Facsimile:   302.368.4431

5  Robert B. Breisblatt
    robert.breisblatt@kattenlaw.com
6  Stephen P. Benson
    stephen.benson@kattenlaw.com
7  Martin S. Masar, III
    martin.masar@kattenlaw.com
8  Kimberly A. Beis
    kimberly.beis@kattenlaw.com
9  KATTEN MUCHIN ROSENMAN LLP
  525 W. Monroe Street
10 Chicago, IL 60661-3693
  Telephone:  312.902.5200
11 Facsimile:   312.902.1061

12 *Attorneys for Defendants Athena Cosmetics, Inc.,*

13 *Pharma Tech International, Inc.,*
  *and Northwest Cosmetic Laboratories, LLC*

14

# UNITED STATES DISTRICT COURT

15

## CENTRAL DISTRICT OF CALIFORNIA

16

## SOUTHERN DIVISION

17

| | |
|---|---|
| Allergan, Inc., et al. | *Lead Case:* Case No. SACV07-01316 JVS (RNBx) |
| Plaintiffs, | |
| vs. | *Consolidated with:* Case No. SACV09-0328 JVS (RNBx) |
| Athena Cosmetics, Inc., et al., | |
| Defendants. | **JOINT NOTICE OF MOTION AND MOTION FOR ENTRY OF A MODIFIED PERMANENT INJUNCTION** |
| | |
| AND RELATED COUNTERCLAIMS | Hearing: Judge:    Hon. James V. Selna Place:    Courtroom 10C Hearing Date:   September 8, 2014 Time:    1:30pm |

18
19
20
21
22
23
24
25
26
27
28

1

## NOTICE OF MOTION AND MOTION

2  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

3       **PLEASE TAKE NOTICE THAT** on September 8, 2014 at 1:30 p.m., or as

4  soon thereafter as the matter can be heard, in Courtroom 10C of the above-entitled

5  courtroom, located at 411 West Forth Street, Santa Ana, California, Defendants and

6  Counter-Plaintiffs Athena Cosmetics, Inc. ("Athena"), and Plaintiff, Allergan, Inc.,

7  (collectively, the "Parties") will, and hereby do, move the Court, for entry of  a

8  modified Permanent Injunction imposed on Athena.

9

10

11

12

13  Dated:  August 6, 2014

14                           By: */s/ Stephen P. Benson*

15                           Robert B. Breisblatt
Stephen P. Benson

16                           KATTEN MUCHIN ROSENMAN LLP

17                           525 W. Monroe Street
Chicago, Illinois 60661

18                           Telephone: 312.902.5200

19                           Facsimile: 312.902.1061
robert.breisblatt@kattenlaw.com

20                           stephen.benson@kattenlaw.com

21

22                           David A. Kettel
KATTEN MUCHIN ROSENMAN LLP

23                           2029 Century Park East, Suite 1600
Los Angeles, California 90063

24                           Telephone: 302.368.4400

25                           Facsimile: 302.368.4431
david.kettel@kattenlaw.com

26

27

28

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

David A. Kettel
   david.kettel@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90063
Telephone:  302.368.4400
Facsimile:  302.368.4431

Robert B. Breisblatt
   robert.breisblatt@kattenlaw.com
Stephen P. Benson
   stephen.benson@kattenlaw.com
Martin S. Masar III
   martin.masar@kattenlaw.com
Kimberly Beis
   kimberly.beis@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone:  312.902.5200
Facsimile:  312.902.1061

*Attorneys for Defendants Athena Cosmetics, Inc.,*
*Pharma Tech International, Inc.,*
*and Northwest Cosmetic Laboratories, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| Allergan, Inc., et al. | *Lead Case:*<br>Case No. SACV07-01316 JVS (RNBx) |
| Plaintiffs, | |
| vs. | *Consolidated with:*<br>Case No. SACV09-0328 JVS (RNBx) |
| Athena Cosmetics, Inc., et al., | |
| Defendants. | **JOINT MOTION FOR ENTRY OF A MODIFIED PERMANENT INJUNCTION** |
| | Hon. James V. Selna |
| AND RELATED COUNTERCLAIMS | Date:  September 8, 2014<br>Time:  1:30 p.m.<br>Place:  Courtroom 10C |

3

1
2

## JOINT MOTION FOR ENTRY OF A MODIFIED PERMANENT INJUNCTION

3

### INTRODUCTION

4
5
6
7

Defendant Athena Cosmetics, Inc. ("Athena") and Plaintiff Allergan, Inc. ("Allergan") respectfully submit this Joint Motion for Entry of a Modified Permanent Injunction.  This Joint Motion is brought in response to the Federal Circuit's remand to the district court for entry of a more limited injunction.

8

### ARGUMENT

9
10
11
12
13
14
15

On March 6, 2013, the Court granted Allergan's Motion for Permanent Injunctions and issued an order imposing a permanent injunction on Athena, its officers, agents, servants, employees, and attorneys or those in active concert or participation with them who have actual notice of the injunction (collectively, "Enjoined Athena Parties").  *See* Dkt. 1061.  Athena appealed to the Federal Circuit challenging the Court's entry of a nationwide injunction.  *See Allergan, Inc. v. Athena Cosmetics, Inc.*, 738 F.3d 1350, 1352 (Fed. Cir. 2013).

16
17
18
19
20
21
22
23

On December 30, 2013, the Federal Circuit held "the district court abused its discretion by entering an injunction that regulates any and all out-of-state conduct." *Id.*, 738 F.3d at 1358.  The Federal Circuit further found  the injunction "impermissibly imposes the UCL on entirely extraterritorial conduct regardless of whether the conduct in other states causes harm to California."  *Id.*  The Federal Circuit then vacated the permanent injunction and remanded the case to the district court to "limit the scope of the injunction to regulate conduct occurring within California." *Id.* at 1360.

24
25
26
27
28

The Parties have conferred and reached agreement on the form of the injunction and jointly submit and move the Court to enter the [Proposed] Order for Entry of a Modified Permanent Injunction, which the Parties believe is in compliance with the Federal Circuit decision requiring the Court limit the scope of the injunction to conduct occurring inside the State of California.

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

1    **CONCLUSION**

2        For the reasons stated above, the Parties respectfully request this Court enter the

3    [Proposed] Order for Entry of a Modified Permanent Injunction.

4

5    Dated:  August 6, 2014

6

7    Respectfully submitted by:

By: */s/ Stephen P. Benson*

8    Robert B. Breisblatt

9    Stephen P. Benson
     KATTEN MUCHIN ROSENMAN LLP

10   525 W. Monroe Street

11   Chicago, Illinois 60661
     Telephone: 312.902.5200

12   Facsimile: 312.902.1061

13   robert.breisblatt@kattenlaw.com
     stephen.benson@kattenlaw.com

14

15   David A. Kettel
     KATTEN MUCHIN ROSENMAN LLP

16   2029 Century Park East, Suite 1600

17   Los Angeles, California 90063
     Telephone: 302.368.4400

18   Facsimile: 302.368.4431

19   david.kettel@kattenlaw.com

20

21   Dated: August 6, 2014          JEFFREY T. THOMAS

22                                  By: /s/      *Jeffrey T. Thomas*

23                                  Attorney for Plaintiffs ALLERGAN, INC.;
                                    MURRAY A. JOHNSTONE, M.D.; and DUKE

24                                  UNIVERSITY

25

26

27

28

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

**SIGNATURE ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 6, 2014

By: */s/ Stephen P. Benson*
Stephen P. Benson
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
Telephone: 312.902.5200
Facsimile: 312.902.1061
stephen.benson@kattenlaw.com