David A. Kettel
　david.kettel@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90063
Telephone:  302.368.4400
Facsimile:   302.368.4431

Robert B. Breisblatt
　robert.breisblatt@kattenlaw.com
Stephen P. Benson
　stephen.benson@kattenlaw.com
Martin S. Masar, III
　martin.masar@kattenlaw.com
Kimberly A. Beis
　kimberly.beis@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Telephone:  312.902.5200
Facsimile:   312.902.1061

*Attorneys for Defendants Athena Cosmetics, Inc.,
Pharma Tech International, Inc.,
and Northwest Cosmetic Laboratories, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Allergan, Inc., et al.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Athena Cosmetics, Inc., et al.,<br><br>　　　　Defendants.<br><br><br><br>AND RELATED COUNTERCLAIMS | *Lead Case:*<br>Case No. SACV07-01316 JVS (RNBx)<br><br>*Consolidated with:*<br>Case No. SACV09-0328 JVS (RNBx)<br><br>**ORDER GRANTING A MODIFIED PERMANENT INJUNCTION**<br><br>Hon. James V. Selna<br><br>　Date:　September 8, 2014<br>　Time:　1:30 p.m.<br>　Place:　Courtroom 10C |

The Court, having considered the Parties' Joint Motion for Entry of a Modified Permanent Injunction, finds that the proposed injunctive relief is warranted.

THEREFORE, it is hereby **ORDERED** that the Court imposes the following injunction, subject to each Parties' rights to seek to modify or vacate the injunction, under Fed. R. Civ. P. 60 or otherwise, due to changed circumstances in the future:

(1) *The Parties and Products Enjoined.* Defendant Athena Cosmetics, Inc., its officers, agents, servants, employees, and attorneys, or those in active concert or participation with them who have actual notice of the injunction (collectively, the "Enjoined Athena Parties") shall cease, forbear, and implement the following practices relating to any and all eyelash growth product(s) within the State of California. This includes: (1) RevitaLash, RevitaLash Enhanced, and RevitaLash Advanced; (2) any product that includes any prostaglandin, including derivatives or analogs thereof, that is marketed, promoted or otherwise directed for application directly or adjacent to the eyelid or eyelash; (3) any other product marketed, promoted or otherwise directed for eyelash growth; and/or (4) any other product marketed or promoted as the same as, similar to, more effective than, or intended for the same uses as RevitaLash, RevitaLash Enhanced, RevitaLash Advanced, or Latisse (collectively, "California Enjoined Products").

(2) *Definitions.* For purposes of this Injunction, a "Reseller" is any person or entity that (1) purchases from an Enjoined Athena Party four or more units of any California Enjoined Product in a single transaction; or (2) seeks to purchase from an Enjoined Athena Party (other than at a trade show) any California Enjoined Product in any amount on a tax-exempt, wholesale basis. A "Consumer" is any person or entity that (1) purchases or attempts to purchase from an Enjoined Athena Party any California Enjoined Product; and (2) does not fit the definition of a Reseller. A person or entity shall not be deemed an "Enjoined Athena Party" solely by virtue of being deemed a "Reseller."

2

(3) *Sale and Distribution.*  The Enjoined Athena Parties shall not: (1) sell or offer to sell the California Enjoined Products to any Consumer known to be located within California; (2) sell or offer to sell the California Enjoined Products to any Reseller known to do business exclusively in California; (3) ship the California Enjoined Products to any Consumer or Reseller at a shipment address located in California; (4) ship the California Enjoined Products to any Consumer who uses a California billing address to purchase the California Enjoined Products; (5) ship the California Enjoined Products to any Consumer whom Athena Cosmetics Inc.'s IP-address-tracing software (*see* Internet Presence, below) identifies as using a California IP address to attempt to purchase a California Enjoined Product; or (6) provide or offer to provide, free of charge, a sample or samples of the California Enjoined Products to any Reseller known to do business exclusively in California or person located within California who is not an employee, agent, or independent contractor of the Enjoined Athena Parties.

(4) *Internet Presence.*  Athena Cosmetics, Inc. shall use commercially available IP-address-tracing software in connection with its website, www.revitalash.com, or any successor website ("the website"), and shall take reasonable steps to maintain the software and ensure its accuracy.  When such IP-address-tracing software indicates that a visitor to the website is located at a California IP address, the visitor shall be automatically redirected to a version of the website that does not advertise, promote, or offer for sale the California Enjoined Products.  In addition, any version of the website intended to be viewed in the United States that advertises, promotes, or offers for sale the California Enjoined Products shall display the words "Not available in California," or substantially identical language, substantially in the form reflected in Exhibit A hereto.

(5) *Marketing*.  The Enjoined Athena Parties shall make reasonable efforts to avoid directing advertisements and promotions for the California Enjoined Products to persons in California.  The Enjoined Athena Parties shall not: (1) advertise the California Enjoined Products through publications disseminated exclusively in California; (2) promote the California Enjoined Products specifically to Resellers known to do business exclusively in California; (3) promote the California Enjoined Products at trade shows in California; (4) send advertisements or promotions for the California Enjoined Products by mail to persons with a California mailing address; or (5) purchase placements for radio or TV advertisements for the California Enjoined Products on local California stations.  Nothing in this injunction, however, prevents Athena from advertising or promoting the California Enjoined Products outside of the United States or in national media (including TV, radio, print or online) where dissemination in California cannot reasonably be avoided.

(6) *Reseller Pledge*.  The Enjoined Athena Parties shall:  (1) require Resellers that sell the California Enjoined Products within the United States to execute a "Reseller Pledge" substantially in the form reflected in Exhibit B hereto; (2) maintain an anti-diversion program designed to identify Resellers who are violating the Reseller Pledge, by conducting reasonable monitoring of Reseller websites, stores, and sales representatives; and (3) suspend further sales of the California Enjoined Products to any Reseller who, after being notified of a violation, fails to recommit to the terms of the Reseller Pledge.  If a Reseller receives two such notices from the Enjoined Athena Parties in any two-year period and continues to market or sell the California Enjoined Products in California, then the Enjoined Athena Parties shall not sell the California Enjoined Products to such Reseller for at least one (1) year.

(7) Upon an appropriate showing by Allergan, the Enjoined Athena Parties shall inform Allergan within ten days if a party identified by Allergan is a Reseller

and whether it has executed the Reseller Pledge.  To make an appropriate showing, Allergan shall provide Athena (1) the name of the party from which the California Enjoined Product was purchased, (2) proof of purchase (i.e., a receipt) reflecting that the California Enjoined Product was purchased in California or a packing slip reflecting that the California Enjoined Product was shipped to a California address; and (3) the actual California Enjoined Product purchased or a photograph thereof in which a tracking sticker, if any, is visible.

(8) *Miscellaneous.*  This Injunction shall not be construed to apply to any product that is the subject of an approved New Drug Application filed with the United States Food and Drug Administration.

DATED: September 04, 2014      By: _____
The Honorable James V. Selna
United States District Judge

Respectfully submitted by:

By: */s/ Stephen P. Benson*
Robert B. Breisblatt
Stephen P. Benson
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
Telephone: 312.902.5200
Facsimile: 312.902.1061
robert.breisblatt@kattenlaw.com
stephen.benson@kattenlaw.com

David A. Kettel
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90063
Telephone: 302.368.4400
Facsimile: 302.368.4431
david.kettel@kattenlaw.com

Dated: August 6, 2014    JEFFREY T. THOMAS

By: /s/    *Jeffrey T. Thomas*
Attorney for Plaintiffs ALLERGAN, INC.; MURRAY A. JOHNSTONE, M.D.; and DUKE UNIVERSITY

**SIGNATURE ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  August 6, 2014    STEPHEN P. BENSON

*/s/ Stephen P. Benson*
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661

6